FORREST C. MISENTI, SBN 331588
**LENAHAN, SLATER, PEARSE & MAJERNIK LLP**
2542 RIVER PLAZA DRIVE
SACRAMENTO, CA 95833
TELEPHONE: (916) 443-1030
FACSIMILE: (916) 443-0869

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | CASE NO.:<br><br>**PLAINTIFF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' COMPLAINT FOR DAMAGES**<br><br>*[As a public entity, pursuant to Cal. Gov. Code § 6103, the filing party shall not be charged a fee for filing of this document.]* |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ("Plaintiff") alleges as follows against Defendant UNITED STATES OF AMERICA ("Defendant"):

### JURISDICTION AND VENUE

1. This action is brought by Plaintiff pursuant to the Federal Tort Claims Act, 28 U.S.C. §§§§§ 1402(b), 1331, 1346, 2679(a), and 2401.

2. On May 10, 2021, Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES submitted an Administrative Claim for the claim set forth below to: (1) Hayward Post Office, **24438 Santa Clara Street, Hayward, California 94544**, and

1

(2) Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, **1720 Market Street, Room 2400, St. Louis, MO 63155-9948**.

3. Six (6) months having elapsed from the date of Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES submitting an Administrative Claim to the above-referenced entities without notice of a denial or acceptance of Plaintiff's Administrative Claim, all conditions precedent to a Federal Tort Claims Act have been met pursuant to 28 U.S.C. § 2401(b).

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1346 and the Federal Tort Claims Act.

5. Venue is properly within this District pursuant to 28 U.S.C. § 1402(b) as this District is a judicial district in which the act or omission complained of occurred.

## PARTIES

6. Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES is a California state agency.

7. Defendant is properly identified as the United States. Pursuant to 28 U.S.C. §§1346(b)(1) and 2679(a), the United States is the only property party defendant for claims brought under the Federal Tort Claims Act (hereinafter "FTCA"). (*See* FDIC v. Craft, 157 F.3d 697, at 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United Stated agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

## ALLEGATIONS

8. On May 16, 2019, Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES employee, Vanessa Williams, entered the Hayward Post Office located at 24438 Santa Clara Street, Hayward, California 94544.

9. Ms. Williams was entering the Hayward Post Office to drop off mail.

10. Ms. Williams slipped on a wet floor in the lobby of the Hayward Post Office at or near the mailbox located inside the lobby area.

**PLAINTIFF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' COMPLAINT FOR DAMAGES**

11. As a result of slipping on the wet floor in the lobby of the Hayward Post Office, Ms. Williams subsequently fell to the ground and suffered a left ankle injury.

12. Imaging of Ms. Williams' left ankle injury revealed a mildly displaced oblique fracture of the left distal fibula.

13. It was raining at or just prior to the time of Ms. Williams' slip and fall injury.

14. There were no slip mats, rugs, or wet floor caution signs located in the lobby of the Hayward Post Office at the time of Ms. Williams' slip and fall injury to prevent patrons from slipping on a wet surface despite the existence of rain.

15. As a result of Ms. Williams' left ankle injury arising out of her slip and fall in the Hayward Post Office, Ms. Williams underwent extensive medical treatment and filed a workers' compensation claim for benefits through her employer, Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES.

16. Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES was, at the time of the injuries to Vanessa Williams as alleged in Claim for Damage, a duly organized public entity, and as such had secured its liability to provide Workers' Compensation benefits to and on behalf of the employees of CALIFORNIA DEPARTMENT OF SOCIAL SERVICES by either being insured and/or permissibly self-insured.

17. In the event of injuries sustained by its employees, Plaintiff was obligated under the Workers' Compensation law of the State of California to pay or provide workers' compensation benefits to and on behalf of its employees, including Vanessa Williams, who was a CALIFORNIA DEPARTMENT OF SOCIAL SERVICES employee at the time of the incident with duties that included driving to various locations, including Alameda County, to complete errands for clients.

18. Plaintiff is further informed and believes and thereon alleges that Hayward Post Office is, and at all times herein mentioned was, an entity within of the State of California, located in Hayward, California, County of Alameda.

19. Plaintiff is further informed and believes and thereon alleges that Hayward Post Office is, and at all times herein mentioned was, a United States Agency.

**PLAINTIFF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' COMPLAINT FOR DAMAGES**

20. The Hayward Post Office and its employees negligently owned, operated, maintained, and / or controlled said premises in a dangerous, defective and unsafe condition. At all times mentioned herein, Hayward Post Office carelessly and negligently maintained said premises such that it was unsafe and dangerous to persons using them, including Vanessa Williams.

21. Hayward Post Office and its employees failed to warn Vanessa Williams of the existence of said dangerous, defective and unsafe condition although they knew, or in the existence of ordinary care, should have known of the condition of the premises.

22. As a direct and proximate result of Hayward Post Office's and it's employees' negligence and carelessness, Vanessa Williams sustained personal injuries and resultant damages, and Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES seeks recovery of all such damages, as a statutory trustee, both economic and non-economic, sufficient to compensate Vanessa Williams for all such injuries and damages sustained.

23. As a direct and proximate result of defendants' negligence and carelessness, Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES has been damaged by reason of having to pay worker's compensation benefits to and on behalf of Vanessa Williams arising out of the injuries and damages she sustained as a result of the slip and fall incident referenced herein, which Vanessa Williams alleges arose out of and in the course of her employment with Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant(s), and each of them as follows:

24. For compensatory damages in the form of reimbursement of Worker's Compensation benefits paid, payable, and to be paid to or on behalf of Vanessa Williams according to proof;

25. For compensatory damages in the form of any and all economic and non-economic damages to which Vanessa Williams would be entitled as a result of the incident

4

**PLAINTIFF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' COMPLAINT FOR DAMAGES**

referenced herein to be received by Plaintiff CALIFORNIA DEPARTMENT OF SOCIAL SERVICES as statutory trustee, pursuant to the Labor Code and as interpreted by decisional law;

26. For reasonable litigation expenses and reasonable attorneys' fees according to statute and principles of equity;

27. For loss of interest, both pre-judgment and post-judgment, at the legal rate; and

28. For such other and further relief as the court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands trial by jury on all issues raised by the Complaint.

Respectfully submitted,

DATED: March 17, 2022

**LENAHAN, SLATER, PEARSE & MAJERNIK LLP**

By: _____
FORREST C. MISENTI
Attorneys for Plaintiff

**PLAINTIFF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' COMPLAINT FOR DAMAGES**